IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. HENRY and DOREEN H. LEE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HOMECOMINGS FINANCIAL, et al.,<br><br>　　　　Defendants.<br>_____/ | No. CIV S-08-2029 JAM DAD PS<br><br>ORDER SETTING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE |

　　　　This action has been assigned to United States District Judge John A. Mendez and has been referred to Magistrate Judge Dale A. Drozd pursuant to Local Rule 72-302(c)(21) for all purposes encompassed by that provision.

　　　　Plaintiffs have been informed that they may, if all parties consent, have this case tried before the assigned Magistrate Judge while preserving their right to appeal to the Ninth Circuit Court of Appeals. An appropriate form for consent to trial before a magistrate judge has been provided to plaintiffs. Any party choosing to consent may complete a consent form and return it to the Clerk of the Court at any time. Neither the magistrate judge nor the district judge handling the case will be notified of the filing of a consent form, unless all parties to the action have filed consent forms.

Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday, December 5, 2008, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Drozd.

2. Rule 4(m) of the Federal Rules of Civil Procedure provides that **an action may be dismissed against any defendant on whom service of process has not been completed within 120 days from the date the complaint was filed**. In order to enable the court to comply with the 120-day time limits specified in Rules 4(m) and 16(b), **plaintiffs are strongly encouraged to complete service of process on all defendants within 90 days of the date of filing their complaint**.

3. Concurrently with service of process on the defendants, or as soon thereafter as possible, plaintiffs shall serve upon each defendant named in the complaint, and UPON ALL PARTIES SUBSEQUENTLY JOINED, INCLUDING IMPLEADED THIRD-PARTY DEFENDANTS, a copy of this order, and plaintiffs shall promptly file with the Clerk of the Court a certificate reflecting such service.

4. Every party shall appear at the Status Conference by counsel, or in person if acting without counsel. Parties may appear at the conference telephonically. To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the conference.

5. Each party shall submit to the court, no later than seven days before the Status (Pretrial Scheduling) Conference, a status report addressing all of the following matters:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Any expected or desired amendment of the pleadings;

    d.    Jurisdiction and venue;

  e. Anticipated motions and the scheduling thereof;

  f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

  g. Future proceedings, including the setting of appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

  h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

  i. Whether the case is related to any other case, including matters in bankruptcy;

  j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

  k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

  l. Any other matters that may aid in the just and expeditious disposition of this action.

  6. Plaintiffs shall serve on each defendant copies of the Notice of Availability of Magistrate Judge and consent form issued by the Clerk of the Court when the case was opened.

DATED: August 28, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\henry2029.ossc