IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL S. HENRY and
DOREEN H. LEE,

      Plaintiffs,                  No. CIV S-08-2029 JAM DAD PS

    vs.

HOMECOMINGS FINANCIAL,     ORDER VACATING STATUS
et al.,                                   (PRETRIAL SCHEDULING)
                                          CONFERENCE

      Defendants.

_____/

Upon the filing of this action on August 28, 2008, the undersigned set the matter for a Status (Pretrial Scheduling) Conference on December 5, 2008. All defendants named in plaintiffs' amended complaint have filed motions to dismiss pursuant to Fed. R. Civ. P. 12. Good cause appearing, IT IS ORDERED that the Status (Pretrial Scheduling) Conference set for December 5, 2008 before the undersigned is vacated pending disposition of defendants' motions.

DATED: November 4, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\amatrone1831.ovsc