IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL S. HENRY and
DOREEN H. LEE,

        Plaintiffs,                No. CIV S-08-2029 JAM DAD PS

    v.

HOMECOMINGS FINANCIAL,
et al.,

        Defendants.            ORDER

_____/

        Plaintiffs, proceeding pro se, filed a complaint for injunctive relief. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 19, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. The parties were also advised that a document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." The plaintiffs have not filed objections.[1]

---

[1] After the time for filing objections expired, plaintiffs filed a document that is not titled "Objections" and contains no reference to the findings and recommendations. Attached to the filing is a copy of a document previously filed by plaintiffs in opposition to defendants' motions.

1

1   The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.
3   Accordingly, IT IS HEREBY ORDERED that:
4   1. The findings and recommendations filed November 19, 2008, are adopted in
5 full;
6   2. The October 10, 2008 motion to dismiss (Doc. No. 13) filed by defendants
7 Homecomings Financial, Executive Trustee Services, LLC, and Ileanna Petersen as Trustee is
8 granted pursuant to Federal Rule of Civil Procedure 12(b)(6);
9   3. The October 13, 2008 motion to dismiss (Doc. No. 17) filed by defendants
10 Greg Walsh and Gold Link Real Estate is granted pursuant to Federal Rule of Civil Procedure
11 12(b)(6); and
12   4. This action is dismissed with prejudice.
13 DATED:   January 15, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

17 /henry2029.jo

2